Case 2:22-cv-00010   Document 61   Filed on 01/25/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:22-CV-00010 |
| F&H CONSTRUCTION COMPANY, LLC, *et al.*, | § § § § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

Pursuant to the Court's Order on Summary Judgment Motions (D.E. 60), the Court enters final judgment declaring that Plaintiff Cincinnati Specialty Underwriters Insurance Company owes no duty to defend or to indemnify Defendant F&H Construction Company, LLC under Commercial General Liability Policy No. CSU0068338 and Commercial Excess Policy No. CSU0068340 for claims made by Antonio Aldava and Brenda Daniela Trevino Ayala, Individually, and as Heir to Andres Aldava, Deceased in Cause No. 21-0198, *Antonio Aldava, et al v. F&H Construction Company, LLC, et al.*, in the 36th Judicial District Court of Aransas County, Texas. All other relief is denied.

ORDERED on January 25, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE